# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gulf Restoration Network, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 14-cv-01773 (APM) |
| Sally Jewell<br>Secretary of the Interior, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Transfer Venue, ECF No. 7, is granted. This case is transferred to the U.S. District Court for the Southern District of Alabama.

Dated: March 25, 2015

Amit P. Mehta
United States District Judge