# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 15-00191-CB-C |
| ) | |
| SALLY JEWELL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Gulf Restoration Network has filed a motion requesting oral argument on the parties' cross-motions for summary judgment. (Doc. 58.) The motion is hereby **GRANTED**. The Court will hear oral argument on **Tuesday, January 26, 2016** at **9:30 a.m.**, Courtroom 5B, John A. Campbell United States Courthouse, 113 St. Joseph Street, Mobile, Alabama.

**DONE** and **ORDERED** this the 4th day of January, 2016.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**