IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GULF RESTORATION NETWORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 15-00191-CB-C |
| | ) | |
| SALLY JEWELL, Secretary of the | ) | |
| Interior, U.S. DEPARTMENT OF | ) | |
| THE INTERIOR, DR. KATHRYN SULLIVAN, | ) | |
| Undersecretary of Commerce for the | ) | |
| Oceans and Atmosphere and NOAA | ) | |
| Administrator, NATIONAL OCEANIC | ) | |
| AND ATMOSPHERIC ADMINISTRATION, | ) | |
| GINA MCCARTHY, Administrator of the | ) | |
| Environmental Protection Agency, | ) | |
| ENVIRONMENTAL PROTECTION | ) | |
| AGENCY, TOM VILSACK, Secretary of | ) | |
| Agriculture, U.S. DEPARTMENT OF | ) | |
| AGRICULTURE, and | ) | |
| N. GUNTER GUY, in his official capacity | ) | |
| As Commissioner of the Alabama | ) | |
| Department of Conservation & Natural | ) | |
| Resources, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Pursuant to separate order entered this date ruling on the parties' cross motions for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

- The Federal Trustees have violated NEPA and OPA by failing to conduct a proper alternatives analysis with respect to the Gulf State Park lodge and conference center project contained in the Phase III PEIS.

- Both the Federal Trustees and the State Trustee are enjoined from expending any of the $58.5 million in early restoration funds for use in the development or construction of the Gulf State Park lodge and conference center until such time as the Trustees comply with the alternatives analysis requirements of OPA and NEPA.

**DONE** this the 16th day of February, 2016.

                                           s/*Charles R. Butler, Jr.*
                                           **Senior United States District Judge**