IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 15-00191-CB-C |
| SALLY JEWELL, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The Federal Defendants have filed a motion seeking clarification of the scope of the injunction issued in this case.  Plaintiff shall file a response to this motion on or before **April 29, 2016**.

**DONE** and **ORDERED** this the 20th day of April, 2016.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**