IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GULF RESTORATION NETWORK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-0191-CG-C |
| | ) |
| SALLEY JEWELL, Secretary of the Interior, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause was transferred to the undersigned from Senior Judge Charles R. Butler, Jr.'s docket on May 24, 2017, and is before the Court on Defendant N. Gunter Guy, Jr.'s Notice of Compliance and Motion to Confirm the Dissolution of the Injunction, or in the Alternative, Motion to Dissolve Injunction (Doc. 84), in which said Defendant moves for dissolution of the injunction imposed in the Final Judgment entered by Judge Butler on February 16, 2016 (Doc. 65).

**On or before June 7, 2017**, the Plaintiff is **ORDERED** to show cause why either motion should not be granted. In the event a response in opposition is filed, the Defendant shall have until **June 14, 2017** to file a reply. The motions are being submitted without oral argument. See Fed.R.Civ.P. 78(b). If the Court determines that oral argument would be appropriate, it shall advise the parties. See Civil L.R. 7(h).

**DONE and ORDERED** this 25th day of May, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE